ARTHUR GOODRICH et al., as Trustees under a Pension Trust Agreement for Employees of Dunkirk Printing Co., Inc., Appellants-Respondents, v. JOHN HANCOCK MUTUAL LIFE INSURANCE COMPANY, Respondent-Appellant.— Judgment and orders unanimously affirmed, without costs to these appeals to any party.    (Appeal by plaintiffs from judgment and order of Chautauqua Trial Term dismissing plaintiffs' complaint after motions by both parties at the close of the case and a stipulation to dismiss the jury and for a directed verdict, in an action to recover under a life insurance policy.  The order denied plaintiffs' motion to set aside the court's decision and judgment and for a directed verdict in favor of plaintiffs or, in the alternative, for a new trial. Also, appeal by defendant from an order of Erie Special Term modifying taxation of costs.)    Present — Williams, P. J., Bastow, Goldman, Halpern and McClusky, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DONALD FREDERICK WARNER, Appellant.— Judgment of conviction unanimously affirmed. (Appeal from judgment of Chautauqua County Court convicting defendant of the crime of murder, second degree.)    Present — Williams, P. J., Bastow, Goldman, Halpern and Henry, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CLIFFORD BURGETT, Appellant.— Orders unanimously affirmed.  (Appeal from two orders of Wayne County Court denying petitioner's application for a writ of error coram nobis.)    Present — Williams, P. J., Bastow, Goldman, Halpern and Henry, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. BEVERLY ELLEN BOUDREAUX, Appellant.— Judgment of conviction unanimously affirmed. (Appeal from judgment of Jefferson County Court convicting defendant of the crime of grand larceny, first degree, on a plea of guilty to the second count in the indictment.)    Present — Williams, P. J., Bastow, Goldman, Halpern and McClusky, JJ.

In the Matter of JOHN A. GROSSO, Respondent, against WILLIAM S. HULTS, as Commissioner of Motor Vehicles of the State of New York, Appellant. — Order unanimously reversed and proceeding dismissed, without costs of this appeal to either party.  Memorandum:  Special Term directed the Commissioner of Motor Vehicles to hold a hearing on petitioner's application for reinstatement of his driver's license.  The court was without power to so direct (*Matter of Muscarella* v. *Macduff*, 281 App. Div. 565).  The other question presented, that is, whether the Commissioner had authority to deny petitioner the right to reapply before April 1, 1960, we do not reach.  Although this appeal has been processed promptly by the parties and by this court, this question has now become academic by lapse of time.  (Appeal from order of Onondaga Special Term granting petitioner's application, vacating the denial of his application for driver's license, and making other directions.)    Present — Williams, P. J., Bastow, Goldman, Halpern and McClusky, JJ.    [20 Misc 2d 452.]